JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA KIM, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>BAXTER HEALTHCARE CORPORATION, a Delaware corporation; CARDINAL HEALTH, INC., an Ohio corporation; FRESNIUS KABI USA, LLC, an Illinois limited liability company; HOSPIRA, INC., a Delaware corporation; KENVUE BRANDS LLC, a Delaware limited liability company; QUVA PHARMA, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>   Defendant. | Case No. 2:25-cv-01985-MCS-MAR<br><br>**JUDGMENT** |

1

      Pursuant to the Court's Order Dismissing Claims Against Doe Defendants Pursuant to Federal Rule of Civil Procedure 4(m), it is ordered, adjudged, and decreed that the claims of Plaintiff Julia Kim against Does 1 through 100 are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: June 25, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2